# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| JAMES HARRELL, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | No. 2:10-cv-02685-SHM-tmp |
| ) | |
| WILLOUGHBY, INC., ) ) | |
| Defendant. ) | |

## NOTICE OF DISMISSAL OF BP OIL, INC.

Plaintiff James Harrell, individually, and on behalf of all others similarly situated ("Plaintiff"), hereby provides notice of the dismissal of BP Oil, Inc. ("BP") as a Defendant in this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). BP was named as a Defendant in Plaintiff's original Complaint (Doc. 1); however, Plaintiff's Amended Complaint (Doc. 8) no longer asserts any claims against BP and does not name BP as a Defendant.

WHEREFORE, Plaintiff respectfully gives notice that BP is dismissed from this action.

Respectfully Submitted,

**DEAL, COOPER & HOLTON, PLLC**

By:   s/B. J. Wade
B. J. Wade (# 05182)
296 Washington Avenue
Memphis, Tennessee  38103
Telephone:   (901) 523-2222
Facsimile:   (901) 523-2232
Email: bwade@dchlaw.com

OF COUNSEL:

Eric G. Calhoun, Esq.
**TRAVIS, CALHOUN & CONLON, P.C.**
1000 Providence Towers East
5001 Spring Valley Road
Dallas, Texas 75244
Telephone: (972) 934-4100
Facsimile: (972) 934-4101
Email: eric@travislaw.com

*Attorneys for Plaintiff and Proposed Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2010, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties receiving electronic notice.

s/B. J. Wade
B. J. Wade