UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JAMES HARRELL, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 2:10-cv-02685-SHM-tmp |
| WILLOUGHBY, INC., ) ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby serves a Notice of Voluntary Dismissal of this case, the Defendant having not appeared in this case.

Respectfully Submitted,

By:   s/B. J. Wade
     B. J. Wade (# 05182)
     **SKOUTERIS LAW GROUP**
     50 North Front Street, Suite 920
     Memphis, Tennessee 38103
     Telephone: (901) 526-2254
     Facsimile: (901) 526-4640
     Email: bwade@skouterismagee.com

     **OF COUNSEL:**

Eric G. Calhoun, Esq.
**TRAVIS, CALHOUN & CONLON, P.C.**
1000 Providence Towers East
5001 Spring Valley Road
Dallas, Texas 75244
Telephone: (972) 934-4100
Facsimile: (972) 934-4101

Email: eric@travislaw.com

*Attorneys for Plaintiff and Proposed Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2012, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties receiving electronic notice.

s/B. J. Wade
B. J. Wade