```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

**JAMES HARRELL, individually and on behalf of all others similarly situated,**

    Plaintiff,

V.                                                          NO. 10-2685-Ma

**WILLOUGHBY, INC.,**

    Defendant.

## ORDER OF DISMISSAL

The Plaintiff has submitted a Notice of Voluntary Dismissal indicating that this matter may be dismissed. This case is therefore dismissed in its entirety.

It is SO ORDERED this 9th day of October, 2012.

                                           *s/ Samuel H. Mays, Jr.*
                                           SAMUEL H. MAYS, JR.
                                           UNITED STATES DISTRICT JUDGE