UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


**JAMES HARRELL, individually and on behalf of all others similarly situated,**

    **Plaintiff,**

V.                                            NO. 10-2685-Ma

**WILLOUGHBY, INC.,**

    **Defendant.**


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal, docketed October 9, 2012.


**APPROVED:**


 *s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


 *October 10, 2012*                    THOMAS M. GOULD
DATE                                   CLERK

                                           *s/  Jean Lee*
                                          (By) DEPUTY CLERK